37 A.3d 1137

IN THE MATTER OF PATRICK N. PERONE, AN ATTORNEY AT LAW (ATTORNEY NO. 046971992).

March 9, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–289, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **PATRICK N. PERONE** of **MANAHAWKIN,** who was admitted to the bar of this State in 1992, should be censured for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of the matter), and good cause appearing;

It is ORDERED that **PATRICK N. PERONE** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.